IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **(01) STEVIE DELANE LOGAN, JR.**, <br><br> **(02) DARON CORTEZ KELLY**, <br><br> and <br><br> **(03) WILLIAM EDWARD MCKINZIE**, <br><br> Defendants. | **Case No. 24-05023-01/03-CR-SW-BP** |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and pursuant to Rule 48(a) of the *Federal Rules of Criminal Procedure*, moves the Court to dismiss the Indictment in the above identified cause without prejudice. Defendants have been indicted in case number 24-03019-01/09-CR-S-BCW, with additional offenses and an offense encompassing the same conduct indicted in the above identified cause.

Respectfully submitted,

**Teresa A. Moore**
United States Attorney

By    */s/ Jessica R. Eatmon*
      **Jessica R. Eatmon**
      Assistant United States Attorney
      Missouri Bar No. 69322

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on July 11, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                       */s/ Jessica R. Eatmon*
                                       **Jessica R. Eatmon**
                                       Assistant United States Attorney

2

Case 3:24-cr-05023-BP   Document 58   Filed 07/11/24   Page 2 of 2